IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SPARK DSO, LLC, as Assignee of SPARK ORTHODONTICS, PLLC, f/k/a SPARK ORTHODONTICS, P.C.** : | **CIVIL ACTION** |
| : | |
| **v.** : | **NO. 21-2841** |
| : | |
| **ORMCO CORPORATION** : | |

## ORDER

**AND NOW,** this 2nd day of March, 2022, upon consideration of Plaintiff's motion for a preliminary injunction and all responses and replies thereto, it is hereby **ORDERED** that the motion [Doc. 10] is **DENIED**.

                                                            **BY THE COURT:**

                                                           */s/ Jeffrey L. Schmehl*
                                                           **JEFFREY L. SCHMEHL, J.**