IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SPARK DSO, LLC, as Assignee of
SPARK ORTHODONTICS, PLLC,
f/k/a SPARK ORTHODONTICS, P.C.

      Plaintiff,

v.

      Civil Action No. 5:21-cv-02841-JLS

ORMCO CORPORATION,

      Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Spark DSO, LLC, as Assignee of Spark Orthodontics, PLLC, f/k/a Spark Orthodontics, P.C. ("Plaintiff") and Defendant Ormco Corporation ("Defendant") hereby stipulate to the dismissal with prejudice of all claims asserted in this action. The parties will bear their own costs and fees.

This 29th. day of April, 2022.

/s/ Salvatore Anastasi
**BARLEY SNYDER**
Salvatore Anastasi (PA ID 78314)
George Werner, Esquire (PA ID 28757)
2 Great Valley Parkway, Suite 110
Malvern, PA 19355
Telephone 610.889.3699
Facsimile: 610.889.3696
Email:sanastasi@barley.com
gwerner@barley.com

*Attorneys for Plaintiff*

/s/ R. Charles Henn Jr.
**KILPATRICK TOWNSEND & STOCKTON LLP**
R. Charles Henn Jr. (admitted pro hac vice)
1100 Peachtree Street, NE, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: chenn@kilpatricktownsend.com

**TROUTMAN PEPPER**
Sean P. Fahey (PA Bar No. 73305)
Christopher M. Brolley (PA Bar No. 322851)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Email: sean.fahey@troutman.com
christopher.brolley@troutman.com

*Attorneys for Defendant*

9579445.1